IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BETH A. SMITH, | : |
| | : Case No. 2:20-cv-5473 |
| Plaintiff, | : |
| | : Chief Judge Algenon L. Marbley |
| v. | : |
| | : Magistrate Judge Chelsey M. Vascura |
| COMMISSIONER OF | : |
| SOCIAL SECURITY, | : |
| | : |
| Defendant. | |

## ORDER ON REPORT AND RECOMMENDATION

On August 31, 2021, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 17) in this case, recommending that the Court overrule the Plaintiff's Statement of Errors and affirm the Commissioner's denial of benefits. The parties were advised specifically of their right to object to the Report and Recommendation within fourteen days and of the rights they would waive by failing to do so. (*Id.* at 14). No objection has been filed, and the deadline lapsed on September 14, 2021. Since neither party has objected, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's determination. This case is hereby **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: November 15, 2021